**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Janice K. Dawson                                      Case No. 09-34291
                                                       Chapter 13
                                                       Judge: Bruce W. Black

                                 Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
Kenneth A. VanNorwick (P61707)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-11259

Ronald D Cummings
Law Office of Ronald D Cummings
121 Springfield Avenue
Joliet, IL 60435
815 729-9212
_____/

**RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

     NOW COMES Ocwen Loan Servicing, LLC as servicer for Deutsche Bank Trust Company Americas formerly known as Bankers Trust Company, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2002-KS2 (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response agreeing with the Trustee's Notice of Final Cure Payment that was filed on July 30, 2014:

1. The Debtors filed their bankruptcy petition on September 16, 2009.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on September 29, 2014.
3. Creditor agrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date: October 3, 2014                        /s/ Caleb J. Halberg
                                                       Potestivo & Associates, P.C.
                                                         Caleb J. Halberg (ARDC#6306089)
                                                         223 W. Jackson Blvd., Suite 610
                                                         Chicago, Illinois 60606
                                                         Telephone: (312) 263-0003
                                                         Main Fax: (312) 263-0002
                                                         Cook County Firm ID #: 43932
                                                         DuPage County Firm ID #: 223623
                                                         Attorneys for Ocwen Loan Servicing, LLC
                                                         Our File No. C14-11259

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Janice K. Dawson                                 Case No. 09-34291
                                                     Chapter 13
                                                     Judge: Bruce W. Black

                                 Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
Kenneth A. VanNorwick (P61707)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-11259

Ronald D Cummings
Law Office of Ronald D Cummings
121 Springfield Avenue
Joliet, IL 60435
815 729-9212
bankruptcylawyer@sbcglobal.net
_____/

## AFFIDAVIT OF SERVICE

     I, Cathy Scanlan, state that on the 3rd day of October 2014, I served a copy of the Response to the Notice of Final Cure and Affidavit of Service of same upon:

| | |
|---|---|
| Janice K Dawson | Ronald D Cummings |
| 822 Westchire | 121 Springfield Avenue |
| Joliet, IL 60435 | Joliet, IL 60435 |
| | |
| Glenn B Stearns | Patrick S Layng |
| 801 Warrenville Road | Office of the U.S. Trustee, Region 11 |
| Suite 650 | 219 S Dearborn St, Room 873 |
| Lisle, IL 60532 | Chicago, IL 60604 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to the Debtor and the Office of the US Trustee, and via CM-ECF electronic filing to Debtor's Attorney and Trustee.

                                                                      */s/CathyScanlan*
                                                                      Cathy Scanlan